UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

JASON GOODWILL and JOHN DOES,

    Plaintiffs,

-vs-          Case No. 12-CV-1094

MARC W. CLEMENTS and DEBRA MEJEHAR,

    Defendants.

## ORDER

On April 22, 2013, the court screened the complaint under 28 U.S.C. § 1915A and directed the plaintiff to file an amended complaint by May 10, 2013, curing the deficiencies in the original complaint if he wanted to proceed on a First Amendment free exercise of religion claim. The plaintiff has not filed an amended complaint. From the plaintiff's failure to file an amended complaint, the court infers that he no longer wishes to prosecute this action.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2013.

        **SO ORDERED,**

        */s/ Rudolph T. Randa*
        **HON. RUDOLPH T. RANDA**
        **U. S. District Judge**